# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BACKERTOP LICENSING LLC,**<br><br>   Plaintiff,<br><br>   v.<br><br>**WYZE LABS, INC.,**<br><br>   Defendant. | **CIVIL ACTION NO.: 1:22-cv-570- CFC**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL

The plaintiff Backertop Licensing LLC ("Backertop" or "Plaintiff") – pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) – hereby voluntarily dismisses all claims against the defendant in this action WITH PREJUDICE. The defendant has not answered or moved for summary judgment. Each party shall bear its own costs, expenses and attorney's fees.

August 23, 2022　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　By: */s/ Jimmy Chong*

　　　　　　　　　　　　　　　　　Jimmy Chong (#4839)
　　　　　　　　　　　　　　　　　2961 Centerville Road, Suite 350
　　　　　　　　　　　　　　　　　Wilmington, DE 19808
　　　　　　　　　　　　　　　　　Telephone: (302) 999-9480
　　　　　　　　　　　　　　　　　Facsimile: (302) 800-1999
　　　　　　　　　　　　　　　　　Email: patent@chonglawfirm.com

　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**
　　　　　　　　　　　　　　　　　**BACKERTOP LICENSING LLC**

[1]

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with the Local Rules. As such, the foregoing was served on all counsel of record who have consented to electronic service. Pursuant to Fed. R. Civ. P. 5 and Local Rules, all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email, on this the 23rd day of August, 2022.

*/s/ Jimmy Chong*
Jimmy Chong (#4839)